UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

                                                      Chapter 11

FUSION CONNECT INC., *et al.*,              Case No. 19-11811 (SMB)

                  Debtors.                  (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Fusion Connect Inc., and its affiliated debtors-in-possession:

1) Abante Rooter and Plumbing, Inc.
   99 High Street, Suite 304
   Boston, Massachusetts 02110
   Attn: Edward Broderick
   Tel: (617) 680-0049

2) AT&T Services, Inc.
   One Rockefeller Plaza, Room 18-19
   New York, New York 10020
   Attn: James W. Grudus, Esq.
   Tel: (212) 205-0659

3) Equinix, Inc.
   1133 Avenue of the Americas, 16th Floor
   New York, New York 10036
   Attn: Liz Vazquez, Esq.
   Tel: (646) 430-6847

Dated:  New York, New York
          June 18, 2019

                                           Sincerely,
                                           WILLIAM K. HARRINGTON
                                           UNITED STATES TRUSTEE

                              By:    */s/ Richard C. Morrissey*
                                       Richard C. Morrissey
                                       Susan A. Arbeit
                                       Trial Attorneys
                                       Office of the United States Trustee
                                       U.S. Federal Office Building
                                       201 Varick Street, Room 1006
                                       New York, NY 10014
                                       Tel. (212) 510-0500