**Michael Brasky**

| | |
|---|---|
| From: | Carnes, Sarah A. <scarnes@cooley.com> |
| Sent: | Tuesday, June 25, 2019 4:08 PM |
| To: | NYSBml_Bernstein's_Chambers_Staff |
| Cc: | Gaby.Smith@weil.com; sunny.singh@weil.com; Project.Force.BFR.Associates@weil.com; Winning, Robert; Hershcopf, Cathy |
| Subject: | Fusion | Case No. 19-11811 | Objection Deadline Extension |

Dear Chambers,

The Creditors' Committee has requested an additional one-day extension of its objection deadline with respect to the Debtors' Postpetition Financing Motion [ECF No. 17] and Bidding Procedures Motion [ECF No. 36].

The Committee's current objection deadline with respect to these motions is June 26th at 4:00 p.m. (ET), and the Debtors' current reply deadline is June 28th at 4:00 p.m. (ET), as previously approved by the Court [ECF No. 107]. The Committee respectfully requests a further extension of its objection deadline with respect to the Postpetition Financing Motion and the Bidding Procedures Motion to **Thursday, June 27th at 4:00 p.m. (ET), with the Debtors' reply still due on June 28th at 4:00 p.m. (ET).** Debtors' counsel (cc'd) has agreed to the proposed extension.

Please let us know if you have any questions.

Thank you,
Sarah Carnes

*Granted*
*SMB*
*6/26/19*

**Sarah A. Carnes**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Direct: +1 212 479 6673 • Fax: +1 212 479 6275
Email: scarnes@cooley.com • www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

1