Hearing Date and Time: September 17, 2019 at 10:00 a.m. (Eastern Time)
Objection Date and Time: September 10, 2019 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re                                                 :    Chapter 11
                                                      :
**FUSION CONNECT, INC.,** *et al.*,                   :    Case No. 19-11811 (SMB)
                                                      :
                        Debtors.[1]                   :    (Jointly Administered)
------------------------------------------------------------X

NOTICE OF ADJOURNMENT
OF MOTION OF DEBTORS FOR ENTRY OF AN
ORDER (I) APPROVING DISCLOSURE STATEMENT
AND NOTICE OF DISCLOSURE STATEMENT HEARING,
(II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES,
(III) SCHEDULING CONFIRMATION AND VOTING PROCEDURES,
(III) SCHEDULING CONFIRMATION HEARING, (IV) APPROVING
CONFIRMATION OBJECTION PROCEDURES AND NOTICE OF
<u>CONFIRMATION HEARING, AND (V) GRANTING RELATED RELIEF</u>

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Debtors for Entry of an Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma , LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478). The Debtors' principal offices are located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

*(IV) Approving Confirmation Objection Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief* (ECF No. 148) (the "**Motion**"), which was originally scheduled for September 10, 2019 at 10:00 a.m. (Eastern Time), **has been adjourned to September 17, 2019 at 10:00 a.m. (Eastern Time)** (the "**Hearing**"), or soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for objections (the "**Objections**") to the Motion has been extended to **September 10, 2019 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"). Objections shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 120), so as to be filed and received no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled for September 10, 2019 at 10:00 a.m. (Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004, **has been cancelled.**

Dated: August 29, 2019
      New York, New York

    /s/ Sunny Singh
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Gary T. Holtzer
    Sunny Singh

    *Attorneys for Debtors*
    *and Debtors in Possession*