## Nicole Herther-Spiro

| | |
|---|---|
| From: | Blechman, Eli <Eli.Blechman@weil.com> |
| Sent: | Thursday, September 05, 2019 9:12 PM |
| To: | NYSBml_Bernstein's_Chambers_Staff |
| Cc: | Singh, Sunny; Project Force BFR Associates; damian.schaible_davispolk.com; Shpeen, Adam L.; Pang, Xu; chershcopf@cooley.com; scarnes@cooley.com; rwinning@cooley.com; Morrissey, Richard (USTP) |
| Subject: | Fusion | Adjournment Request |

Dear Chambers,

The Debtors respectfully request that the hearing for the approval of the Debtors' Disclosure Statement be adjourned to September 24, 2019. If the Court grants this adjournment request, the Debtors propose that the Court set an Objection Deadline of September 17, 2019 at 4 p.m. ET and a Reply Deadline of September 23, 2019 at 12 p.m. in accordance with the Case Management Order.

Please do not hesitate to contact us if you wish to discuss the above request or if you have any questions. If the Court grants the request herein, the Debtors will file the necessary notice on the docket. Thank you.

Respectfully submitted,
Eli Blechman



Eli Blechman

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Eli.Blechman@weil.com
+1 212 310 8073 Direct

*So ordered*
*SMB*
*9/9/19*

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.