WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                               :
                                                    :        Chapter 11
**FUSION CONNECT, INC., *et al.*,**                 :
                                                    :        Case No. 19-11811 (SMB)
                                                    :
           Debtors.¹                                :        (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 24, AT 10:00 A.M. (Eastern Time)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York, 10004

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478). The Debtors' principal offices are located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

**I.     CONTESTED MATTERS**

1. Motion of Debtors for Entry of an Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Confirmation Objections Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief **(ECF No. 148)**

   Response Deadline:    September 20, 2019 at 4:00 p.m.

   Responses Filed:

   A. Objection of Chubb Companies to Amended Disclosure Statement and Amended Plan **(ECF No. 404)**

   B. Objection of Ad Hoc Group of Tranche A Term Loan / Revolving Lenders to Disclosure Statement **(ECF No. 407)**

   C. Objection of Second Lien Lenders to Disclosure Statement **(ECF No. 421)**

   Related Documents:

   D. Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors **(ECF No. 429)**

   E. Debtors' Omnibus Reply to Objections to Debtors' Disclosure Statement and Solicitation and Voting Procedures **(ECF No. 427)**

   F. Revised Proposed Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Confirmation Objections Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief **(ECF No. 430)**

   G. First Lien Lender Group's Omnibus Reply in Support of Motion of Debtors for Entry of an Order Approving Disclosure Statement **(ECF No. 426)**

    H.    Revised Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors **(ECF No. 412)**

    I.    Notice of Filing of (A) Liquidation Analysis, (B) Valuation Analysis, and (C) Financial Projections of Fusion Connect, Inc. and Its Subsidiary Debtors **(ECF No. 409)**

<u>Status</u>:  This matter is going forward on a contested basis.

Dated: September 23, 2019
       New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*