WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                  :
                                                       :      **Chapter 11**
**FUSION CONNECT, INC.,** *et al.,*                    :
                                                       :      **Case No. 19-11811 (SMB)**
                                                       :
                              **Debtors.**[1]          :      **(Jointly Administered)**
-----------------------------------------------------------------x


**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 29, 2019 AT 2:00 P.M. (Eastern Time)**


Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York, 10004

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478). The Debtors' principal offices are located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

## I.    UNCONTESTED MATTERS

1.    Motion of Debtors for Entry of Order (I) Authorizing Debtors to Enter Into Employment Agreement with Interim Chief Executive Officer, and (II) Granting Related Relief **(ECF No. 472)**

<u>Response Deadline</u>:    October 26, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None

<u>Related Documents</u>:

    A.    Declaration of Lewis W. Dickey, Jr. in Support of Motion of Debtors for Entry of Order (I) Authorizing Debtors to Enter into Employment Agreement with Interim Chief Executive Officer, and (II) Granting Related Relief **(ECF No. 498)**

    B.    Order to Show Cause Scheduling Hearing on Shortened Notice Pursuant to Fed. R. Bankr. P. 9006(c) with Respect to Motion of Debtors for Entry of Order (I) Authorizing Debtors to Enter into Employment Agreement with Interim Chief Executive Officer, and (II) Granting Related Relief **(ECF No. 480)**

<u>Status</u>: This matter is going forward on an uncontested basis. The Debtors received certain informal comments from the office of the U.S. Trustee and intend to file a notice of revised proposed order in connection with this motion prior to the hearing.

2.    Motion of Debtors for Authorization to Enter into and Perform Obligations Under the Exit Financing Letter with Exit Financing Lenders **(ECF No. 482)**

<u>Response Deadline</u>:    October 26, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None

<u>Related Documents</u>:

    A.    Notice of Authorities Cited in Motion of Debtors for Authorization to Enter into and Perform Obligations Under the Exit Financing Letter with Exit Financing Lenders **(ECF No. 486)**

    B.    Declaration of Brent Herlihy in Support of Motion of Debtors for Authorization to Enter into and Perform Obligations Under the Exit Financing Letter with Exit Financing Lenders (**ECF No. 482, Ex. B**)

    C.    Order to Show Cause Scheduling Hearing on Shortened Notice Pursuant to Fed. R. Bankr. P. 9006(c) with Respect to Motion of Debtors for Authorization to Enter into and Perform Obligations Under the Exit Financing Letter with Exit Financing Lenders **(ECF No. 485)**

WEIL:\97245817\2\47019.0005

<u>Status</u>:  This matter is going forward on an uncontested basis.

Dated: October 28, 2019
        New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

WEIL:\97245817\2\47019.0005