WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
**In re** : **Chapter 11**
 : 
**FUSION CONNECT, INC.,** *et al.*, : Case No. 19-11811 (SMB)
 : 
Debtors.[1] : (Jointly Administered)
 : 
------------------------------------------------------------X

**NOTICE OF EXTENDED DATES AND**
**DEADLINES IN CONNECTION WITH DEBTORS' REQUEST**
**FOR CONFIRMATION OF THE SECOND AMENDED JOINT**
**CHAPTER 11 PLAN OF FUSION CONNECT, INC. AND ITS SUBSIDIARY DEBTORS**

**PLEASE TAKE NOTICE THAT:**

1.  On October 7, 2019, Fusion Connect, Inc. and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma , LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478). The principal executive office of the Debtors is located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

"**Debtors**"), filed the *Second Amended Joint Chapter 11 Plan of Fusion Connect, Inc., and Its Subsidiary Debtors* (ECF No. 455) (the "**Plan**").

2. On October 8, 2019, the Court entered the *Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Confirmation Objection Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief* (ECF No. 457) (the "**Disclosure Statement Order**").[2] The Disclosure Statement Order fixed certain dates and deadlines in connection with the Debtors' request for confirmation of the Plan.

3. As approved by the Court, the Debtors hereby extend the deadlines set forth in the table below.

| Event | Deadline |
|---|---|
| Objections to Confirmation | **November 15, 2019 at 4:00 p.m. (ET)** |
| Voting Deadline | **November 15, 2019 at 4:00 p.m. (ET)** |
| Reply Deadline | **November 27, 2019 at 12:00 p.m. (ET)** |
| Confirmation Hearing | **December 5, 2019 at 10:00 a.m. (ET)** |

Dated: November 1, 2019
      New York, New York

    */s/ Sunny Singh*
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Gary T. Holtzer
    Sunny Singh

    *Attorneys for Debtors and*
    *Debtors in Possession*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Order.