**Hearing Date and Time: December 17, 2019 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: December 11, 2019 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
|                                          |   |                              |
|------------------------------------------|---|------------------------------|
| **In re**                                | : | **Chapter 11**               |
|                                          | : |                              |
| **FUSION CONNECT, INC.,** *et al.*,      | : | **Case No. 19-11811 (SMB)**  |
|                                          | : |                              |
| **Debtors.[1]**                          | : | **(Jointly Administered)**   |
-----------------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' REQUEST FOR CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF FUSION CONNECT, INC. AND ITS SUBSIDIARY DEBTORS

**PLEASE TAKE NOTICE** that the hearing on the *Third Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors* (ECF No. 557) (the "**Plan**"), which was originally scheduled for December 5, 2019 at 10:00 a.m. (Eastern Time), **has been adjourned to December 17, 2019 at 10:00 a.m. (Eastern Time)** (the "**Hearing**"), or soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Stuart M. Bernstein, United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478).  The principal executive office of the Debtors is located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York, Courtroom 723, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file their brief in

support of confirmation of the Plan on or before **December 11, 2019 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to

attend the Hearing, and failure to appear may result in relief being granted upon default.


Dated:  November 27, 2019
        New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*