UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re : Chapter 11
:
FUSION CONNECT, INC., *et al.*, : Case No. 19-11811 (SMB)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------------X

### DECLARATION OF CRAIG E. JOHNSON OF PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF FUSION CONNECT, INC., AND ITS SUBSIDIARY DEBTORS

I, Craig E. Johnson, declare, under the penalty of perjury:

1. I am a Director, Solicitation and Public Securities at Prime Clerk LLC ("Prime Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Second Amended Joint Chapter 11 Plan of Fusion Connect, Inc., and its Subsidiary Debtors*, dated November 8, 2019 [Docket No. 557] (as may be amended, supplemented, or modified from time to time, the "Plan").[2] Except as otherwise noted, all facts

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478). The principal executive office of the Debtors is located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

[2] All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement Order (as defined below).

set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. This Court authorized Prime Clerk's retention as the (a) claims and noticing agent to the Debtors pursuant to the *Order Authorizing Debtor's Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Nunc Pro Tunc to the Commencement Date*, dated June 6, 2019 [Docket No. 53] and (b) administrative advisor pursuant to the *Order Authorizing Retention and Employment of Prime Clerk LLC as Administrative Agent for the Debtors Nunc Pro Tunc to Commencement Date*, dated July 1, 2019 [Docket No. 132] (collectively, the "Retention Orders"). The Retention Orders authorize Prime Clerk to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. Pursuant to the *Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Confirmation Objection Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief,* dated October 7, 2019 [Docket No. 457] (the "Disclosure Statement Order"), the Court established procedures to solicit votes from and tabulate ballots submitted by Holders of Claims entitled to vote on the Plan (the "Solicitation Procedures"). Prime Clerk adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and the Ballots, which were distributed to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Prime Clerk's employees.

2

5. The Solicitation Procedures established September 24, 2019 as the date for determining which Holders of Claims in the Voting Classes are entitled to vote to accept or reject the Plan (the "Voting Record Date"). Pursuant to the Plan and the Solicitation Procedures, only Holders as of the Voting Record Date in the following Classes were entitled to vote to accept or reject the Plan (collectively, the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| 3 | First Lien Claims |
| 4 | Second Lien Claims |
| 5 | General Unsecured Claims |

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors' advisors to identify the Holders entitled to vote in the Voting Classes as of the Voting Record Date and to coordinate the distribution of solicitation materials to these Holders. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service* which was filed with this Court on October 11, 2019 [Docket No. 474] and in the *Affidavit of Service of Solicitation Materials* and *Affidavit of Supplemental Service of Solicitation Materials* which were filed with this Court on October 18, 2019 [Docket No. 492] and November 14, 2019 [ Docket No. 574], respectively.

7. In accordance with the Solicitation Procedures, Prime Clerk received, reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Prime Clerk via an approved

3

method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 4:00 p.m. (Eastern Time) on November 19, 2019 (the "Voting Deadline").[3]

8. All valid ballots cast by Holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline (including in those instances where the Debtors provided limited extensions of the Voting Deadline) were tabulated pursuant to the Solicitation Procedures.

9. The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk and reported on a consolidated basis is attached hereto as **Exhibit A**.[4]

10. A report of all ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

---

[3] In accordance with the Solicitation Procedures, the original Voting Deadline of 4:00 p.m. (prevailing Eastern Time) on November 4, 2019 was ultimately extended to 4:00 p.m. (prevailing Eastern Time) on November 19, 2019. [See Docket Nos. 514 and 559]. In accordance with the Solicitation Procedures, the Debtors further extended the Voting Deadline beyond November 19, 2019 for certain parties.

[4] At the direction of Debtors' counsel and pursuant to paragraph 20(b) of the Disclosure Statement Order, Prime Clerk treated eighteen (18) claims of Vincent Oddo (with the exception of Mr. Oddo's Claim against Fusion BCHI Acquisition LLC) as disputed and tabulated the votes submitted by Mr. Oddo on account of each of those eighteen (18) claims in Class 5 (General Unsecured Claims) in the amount of $1.00 for voting purposes only. For the avoidance of doubt, Prime Clerk tabulated the vote on account of Mr. Oddo's Class 5 claim against Fusion BCHI Acquisition LLC in the asserted amount of $3 million for voting purposes only.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of ballots in connection with the Plan is true and correct.

New York, New York
December 12, 2019

/s/ Craig E. Johnson
Craig E. Johnson
Director of Global Corporate Actions
Prime Clerk LLC

**<u>Exhibit A</u>**

**Fusion Connect, Inc, *et al.***
**Exhibit A - Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | AmountAccepting % | AmountRejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Bircan Holdings LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 0 | 1 | $0.00 | $1.00 | Rejects |
| | | | 0% | 100% | 0% | 100% | |
| Fusion BCHI Acquisition LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 2 | 1 | $2,235,420.94 | $3,000,000.00 | Rejects |
| | | | 67% | 33% | 43% | 57% | |
| Fusion CB Holdings Inc | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 1 | 1 | $516,242.71 | $1.00 | Rejects |
| | | | 50.00% | 50.00% | 100.00% | 0.00% | |
| Fusion Cloud Company LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 9 | 1 | $445,283.60 | $1.00 | Accepts |
| | | | 90.00% | 10.00% | 100.00% | 0.00% | |
| Fusion Cloud Services LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 34 | 5 | $26,368,071.32 | $57,515.16 | Accepts |
| | | | 87.18% | 12.82% | 99.78% | 0.22% | |
| Fusion Communications LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 2 | 2 | $1,746,310.44 | $51.00 | Rejects |
| | | | 50.00% | 50.00% | 100.00% | 0.00% | |

**Fusion Connect, Inc, *et al.***
**Exhibit A - Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | AmountAccepting % | AmountRejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Fusion Connect Inc | 3 | First Lien Claims | 111<br>100% | 0<br>0% | $572,297,206.69<br>100% | $0.00<br>0% | Accepts |
| | 4 | Second Lien Claims | 5<br>100% | 0<br>0% | $85,000,000.00<br>100% | $0.00<br>0% | Accepts |
| | 5 | General Unsecured Claims | 37<br>94.87% | 2<br>5.13% | $606,973.39<br>99.91% | $552.51<br>0.09% | Accepts |
| Fusion LLC | 3 | First Lien Claims | 111<br>100% | 0<br>0% | $572,297,206.69<br>100% | $0.00<br>0% | Accepts |
| | 4 | Second Lien Claims | 5<br>100% | 0<br>0% | $85,000,000.00<br>100% | $0.00<br>0% | Accepts |
| | 5 | General Unsecured Claims | 15<br>83.33% | 3<br>16.67% | $2,582,227.85<br>99.96% | $1,003.68<br>0.04% | Accepts |
| Fusion MPHC Group Inc | 3 | First Lien Claims | 111<br>100% | 0<br>0% | $572,297,206.69<br>100% | $0.00<br>0% | Accepts |
| | 4 | Second Lien Claims | 5<br>100% | 0<br>0% | $85,000,000.00<br>100% | $0.00<br>0% | Accepts |
| | 5 | General Unsecured Claims | 0<br>0% | 1<br>100% | $0.00<br>0% | $1.00<br>100% | Rejects |
| Fusion Management Services LLC | 3 | First Lien Claims | 111<br>100% | 0<br>0% | $572,297,206.69<br>100% | $0.00<br>0% | Accepts |
| | 4 | Second Lien Claims | 5<br>100% | 0<br>0% | $85,000,000.00<br>100% | $0.00<br>0% | Accepts |
| | 5 | General Unsecured Claims | 0<br>0% | 1<br>100% | $0.00<br>0% | $1.00<br>100% | Rejects |
| Fusion NBS Acquisition Corp | 3 | First Lien Claims | 111<br>100% | 0<br>0% | $572,297,206.69<br>100% | $0.00<br>0% | Accepts |
| | 4 | Second Lien Claims | 5<br>100% | 0<br>0% | $85,000,000.00<br>100% | $0.00<br>0% | Accepts |
| | 5 | General Unsecured Claims | 1<br>50.00% | 1<br>50.00% | $6,378.48<br>99.98% | $1.00<br>0.02% | Rejects |
| Fusion PM Holdings Inc | 3 | First Lien Claims | 111<br>100% | 0<br>0% | $572,297,206.69<br>100% | $0.00<br>0% | Accepts |
| | 4 | Second Lien Claims | 5<br>100% | 0<br>0% | $85,000,000.00<br>100% | $0.00<br>0% | Accepts |
| | 5 | General Unsecured Claims | 0<br>0% | 1<br>100% | $0.00<br>0% | $1.00<br>100% | Rejects |

**Fusion Connect, Inc, *et al.***
**Exhibit A - Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | AmountAccepting % | AmountRejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Fusion Telecom of Kansas LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 1 | 1 | $4,527.03 | $1.00 | Rejects |
| | | | 50.00% | 50.00% | 99.98% | 0.02% | |
| Fusion Telecom of Missouri LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 1 | 1 | $19,224.06 | $1.00 | Rejects |
| | | | 50.00% | 50.00% | 99.99% | 0.01% | |
| Fusion Telecom of Oklahoma LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 1 | 1 | $34.11 | $1.00 | Rejects |
| | | | 50.00% | 50.00% | 97.15% | 2.85% | |
| Fusion Telecom of Texas Ltd LLP | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 2 | 1 | $63,042.35 | $1.00 | Accepts |
| | | | 66.67% | 33.33% | 100.00% | 0.00% | |
| Fusion Telecom LLC | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 1 | 1 | $131.23 | $1.00 | Rejects |
| | | | 50.00% | 50.00% | 99.24% | 0.76% | |
| Fusion Texas Holdings Inc | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 0 | 1 | $0.00 | $1.00 | Rejects |
| | | | 0% | 100% | 0% | 100% | |

**Fusion Connect, Inc, *et al.***
**Exhibit A - Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | AmountAccepting % | AmountRejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Fusion MPHC Holding Corporation | 3 | First Lien Claims | 111 | 0 | $572,297,206.69 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Second Lien Claims | 5 | 0 | $85,000,000.00 | $0.00 | Accepts |
| | | | 100% | 0% | 100% | 0% | |
| | 5 | General Unsecured Claims | 1 | 1 | $45,034.64 | $1.00 | Rejects |
| | | | 50.00% | 50.00% | 100.00% | 0.00% | |

**Exhibit B**

**Fusion Connect, Inc, et al.**
**Exhibit B - Report of Ballots Excluded from Tabulation**

| Debtor | Plan Class Number | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| All Applicable | 3 | First Lien Claims | Crown Point CLO 4 Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Crown Point CLO 5 Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Crown Point CLO 7 Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Crown Point CLO III, Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Cutwater 2014-I, LTD | Redacted - Confidential | N/A | Did not Vote to Accept or Reject the Plan; Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Cutwater 2014-II, LTD | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Halcyon Loan Advisors Funding 2015-1 Ltd. | Redacted - Confidential | N/A | Did not Vote to Accept or Reject the Plan; Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | NewMark Capital Funding 2014-2 CLO Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Telecom Holdings LLC | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | THL Credit Wind River 2013-1 CLO Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | VC4 Debt Investments (U.S.), L.L.C. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | VC5 Debt Investments (Cayman), Ltd. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Vector Fusion Holdings (Cayman), LTD. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| All Applicable | 3 | First Lien Claims | Vector Trading (Cayman), L.P. | Redacted - Confidential | Accept | Superseded by Later Received Valid Ballot |
| Fusion BCHI Acquisition LLC | 5 | General Unsecured Claims | R. Kirby Godsey | $1,276,336.68 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | 210 N. 6th Street Law office | $286.50 | Accept | Superseded by Later Received Valid Ballot |
| Fusion Cloud Company LLC | 5 | General Unsecured Claims | ADVANCED TECHNOLOGIES AND SERVICES INC | $20,000.00 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Company LLC | 5 | General Unsecured Claims | Affinity Network, Inc. dba ANI Networks | $0.53 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | Affinity Network, Inc.dba ANI Networks | $98,656.13 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | AYERSVILLE TELEPHONE COMPANY | $12.25 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | BUTLER COUNTY E-911 | $1,001.88 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Company LLC | 5 | General Unsecured Claims | CALLINIZE, INC. | $5,100.00 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | COMPUTER TECHNOLOGY SOLUTIONS | $662.27 | Accept | Superseded by Later Received Valid Ballot |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | COMPUTER TECHNOLOGY SOLUTIONS | $662.27 | Accept | Superseded by Later Received Valid Ballot |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | EMERGING SOLUTIONS | $878.66 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | Hervey-Barlow Specilaty Contractors | $638.60 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | J PATRICK & ASSOCIATES INC | $17,100.00 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | JORDAN ASSOCIATES INTEGRATED SYSTEM INC | $32.99 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | Kent County Credit Union | $132.96 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | MANUEL BECERRA | $56.28 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Company LLC | 5 | General Unsecured Claims | Martplan Insurance Agency - El Monte | $2,720.00 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | NETWORK INTELLIGENCE | $78,338.32 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | NORTH CENTRAL TELEPHONE | $55.21 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | PEACHTREE MOVERS | $13,212.41 | Accept | Superseded by Later Received Valid Ballot |
| Fusion Cloud Company LLC | 5 | General Unsecured Claims | Rock & Associates Consulting LLC | $1.00 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Company LLC | 5 | General Unsecured Claims | ROCK AND ASSOCIATES CONSULTING LLC | $213.48 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | ROCK AND ASSOCIATES CONSULTING LLC | $317.09 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | SAN LUIS VALLEY BOARD OF COOPERATIVE EDUCATIONAL SERVICES | $173.84 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | STANELLE LTD | $72.00 | N/A | Did not Vote to Accept or Reject the Plan; Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | THE CENTER FOR ENDOSCOPY INC | $494.05 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | THE MILTON AGENCY | $950.37 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | TRINITY PRESS | $758.99 | Accept | Ballot Received after Voting Deadline |
| Fusion Cloud Services LLC | 5 | General Unsecured Claims | VELOCITY BILLING DEPARTMENT | $41,083.69 | Accept | Ballot Received after Voting Deadline |
| Fusion Communications LLC | 5 | General Unsecured Claims | 90 NEW MONTGOMERY PARTNERS | $300.00 | Accept | Ballot Received after Voting Deadline |
| Fusion Communications LLC | 5 | General Unsecured Claims | UNIVERSITY CHURCH OF CHRIST | $551.54 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | Akins Insurance & Financial Services, Inc | $399.63 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Connect Inc | 5 | General Unsecured Claims | Bright Future Foundation | $198.27 | N/A | Did not Vote to Accept or Reject the Plan; Superseded by Later Received Valid Ballot |
| Fusion Connect Inc | 5 | General Unsecured Claims | Children's Wish Foundation International | $757.15 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | Genova, Angelo J. | $12,500.00 | Accept | Not a Record Date Holder |
| Fusion Connect Inc | 5 | General Unsecured Claims | Hampton First Baptist Church | $86.50 | N/A | Did not Vote to Accept or Reject the Plan |

**Fusion Connect, Inc, et al.**
**Exhibit B - Report of Ballots Excluded from Tabulation**

| Debtor | Plan Class Number | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Fusion Connect Inc | 5 | General Unsecured Claims | Hampton First Baptist Church | $86.50 | Accept | Superseded by Later Received Valid Ballot |
| Fusion Connect Inc | 5 | General Unsecured Claims | Human Resource Strategies, Inc. | $1,253.73 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | iPortalis Inc | $9,994.14 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Connect Inc | 5 | General Unsecured Claims | iPortalis Inc | $9,994.14 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Connect Inc | 5 | General Unsecured Claims | LANGDALE HONDA KIA | $1,785.35 | Accept | Superseded by Later Received Valid Ballot |
| Fusion Connect Inc | 5 | General Unsecured Claims | LANGDALE HONDA KIA | $1,785.35 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | MEMORYBLUE, INC | $9,250.00 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | MILLER ISAR, INC. | $10,551.58 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | Mission Communications LLC | $1,870.20 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | NeoNova Network Services LLC | $13,517.67 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Connect Inc | 5 | General Unsecured Claims | Rock & Associates Consulting LLC (1106-MP) | $267.28 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Connect Inc | 5 | General Unsecured Claims | Top Knobs USA, Inc. | $1,225.25 | Accept | Ballot Received after Voting Deadline |
| Fusion Connect Inc | 5 | General Unsecured Claims | Weeks Lerman Grp LLC | $3,242.86 | Accept | Superseded by Later Received Valid Ballot |
| Fusion LLC | 5 | General Unsecured Claims | CareTech Solutions | $3,097.21 | Accept | Superseded by Later Received Valid Ballot |
| Fusion LLC | 5 | General Unsecured Claims | Frontier Digital | $1.00 | Reject | Ballot Received after Voting Deadline |
| Fusion LLC | 5 | General Unsecured Claims | Intrinsic4D, LLC | $211.22 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion LLC | 5 | General Unsecured Claims | Nex5, Inc. Dba Onsite | $1.00 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion LLC | 5 | General Unsecured Claims | Stauffer Technologies Inc. | $1.00 | Reject | Ballot Received after Voting Deadline |
| Fusion LLC | 5 | General Unsecured Claims | STONEBRIDGE COUNTRY CLUB | $3,000.00 | N.A | Did not Vote to Accept or Reject the Plan; Ballot Received after Voting Deadline |
| Fusion LLC | 5 | General Unsecured Claims | The TPM Group LLC | $1.00 | N/A | Did not Vote to Accept or Reject the Plan |
| Fusion Telecom of Texas Ltd LLP | 5 | General Unsecured Claims | Memorial 610 Animal Hospital | $418.54 | Accept | Ballot Received after Voting Deadline |
| Fusion Telecom LLC | 5 | General Unsecured Claims | Affinity Network, Inc. dba ANI Networks | $33,807.82 | Accept | Ballot Received after Voting Deadline |