WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                             :
**In re**                                                    :    **Chapter 11**
                                                             :
**FUSION CONNECT, INC.,** *et al.,*                          :    **Case No. 19-11811 (SMB)**
                                                             :
                            **Debtors.**[1]                  :    **(Jointly Administered)**
                                                             :
-------------------------------------------------------------X

## NOTICE OF EXTENSION OF STATED MATURITY DATE

PLEASE TAKE NOTICE:

1.     On July 3, 2019, the Court entered the *Final Order (I) Authorizing the*

*Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (II) Granting Liens and*

*Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the*

*Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Providing Related Relief*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478).  The principal executive office of the Debtors is located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

(ECF No. 160) (the "**Final DIP Order**").[2]  The DIP Facility was scheduled to mature on January 7, 2020.

2.        On December 12, 2019, Fusion Connect, Inc. and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**") filed the *Third Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors* (ECF No. 648) (the "**Plan**").

3.        On December 17, 2019, the Court entered the *Order (I) Confirming Third Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors and (II) Granting Related Relief* (ECF No. 680) (the "**Confirmation Order**").

4.        Pursuant to Section 9.2(a)(iv) of the Plan, the Debtors must obtain FCC approval of the FCC Applications as a condition precedent to the Effective Date, which approval is currently pending.  All other conditions precedent to the Effective Date have been satisfied or will be promptly satisfied upon FCC approval.

5.        As a result of the pending FCC Applications, on January 7, 2020, the Debtors and 100% of the lenders under the DIP Credit Agreement executed an amendment to the DIP Credit Agreement (the "**DIP Amendment**"), which extended the stated maturity date thereunder from January 7, 2020 to January 14, 2020, and agreed that such date may be extended to January 21, 2020 by the Requisite Lenders.

---

[2]      Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Final DIP Order, the Plan, or the Confirmation Order, as applicable.

WEIL:\97332599\3\47019.0003

6.      Copies of the Plan, Confirmation Order, Final DIP Order and related documents may be viewed at no charge at the website of the Debtors' claims and noticing agent, Prime Clerk, LLC at https://cases.primeclerk.com/Fusion.  Additionally these documents may be obtained for a fee on the Court's website at http://www.deb.uscourts.gov.

Dated: January 8, 2020
        New York, New York

                                        /s/ Sunny Singh
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Gary T. Holtzer
                                        Sunny Singh

                                        *Attorneys for Debtors
                                        and Debtors in Possession*