WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
**In re**                                : Chapter 11
:
**FUSION CONNECT, INC.,** *et al.*,      : Case No. 19-11811 (SMB)
:
Debtors.[1]                              : (Jointly Administered)
:
------------------------------------------------------------X

### NOTICE OF (I) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF FUSION CONNECT, INC. AND ITS SUBSIDIARY DEBTORS AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE:**

1. On December 17, 2019, the Court entered the *Order (I) Confirming Third Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors and (II) Granting Related Relief* (ECF No. 680) (the "**Confirmation Order**") confirming the *Third*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); Fusion Management Services LLC (5597); and Fusion PM Holdings, Inc. (2478). The principal executive office of the Debtors is located at 210 Interstate North Parkway, Suite 300, Atlanta, Georgia 30339.

WEIL:\97325829\6\47019.0003

*Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors* (the "**Third Amended Plan**"), attached as **Exhibit A** to the Confirmation Order.[2]

2. The Third Amended Plan and Confirmation Order may be viewed at no charge at the website of the Debtors' claims and noticing agent, Prime Clerk, LLC ("**Prime Clerk**") at https://cases.primeclerk.com/Fusion or for a fee on the Court's website at www.nysb.uscourts.gov.

3. All conditions precedent to the Effective Date (as defined in the Third Amended Plan) have been satisfied or waived as provided in Article IX of the Third Amended Plan, such that the Third Amended Plan was substantially consummated and the Effective Date occurred on January 14, 2020.

4. In accordance with the Third Amended Plan, upon the Effective Date, and in consideration of the distributions made or to be made thereunder (except as otherwise expressly provided under the Third Amended Plan), each holder (as well as any representatives, trustees, or agents on behalf of each holder) of a Claim or Interest and any Affiliate of such holder shall be deemed to have forever waived, released, and discharged the Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, Interests, rights, and liabilities that arose prior to the Effective Date. Accordingly, the Third Amended Plan having gone effective, all such Entities are forever precluded and enjoined, pursuant to section 524 of the Bankruptcy Code, from prosecuting or asserting any such discharged Claim against or terminated Interest in the Debtors against the Debtors, the Reorganized Debtors, or any of their

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Third Amended Plan or the Confirmation Order, as applicable.

WEIL:\97325829\6\47019.0003

Assets or property, whether or not such holder has filed a proof of Claim and whether or not the facts or legal bases therefor were known or existed prior to the Effective Date.

Dated: January 14, 2020
      New York, New York

*/s/ Sunny Singh*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Gary T. Holtzer
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*